UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

**Order Filed on March 7, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

IN RE:

   DAVID J DIABO

Case No.:  15-17725 JKS

Hearing Date:  2/28/2019

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: March 7, 2019

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): DAVID J DIABO

Case No.: 15-17725

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 02/28/2019 on notice to STUART D GAVZY ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-17725-JKS
David J Diabo                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin           Page 1 of 1            Date Rcvd: Mar 07, 2019
                          Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2019.
db         +David J Diabo,   39 Zeek Road,   Morris Plains, NJ 07950-1115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2019 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
               YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2005-AA8
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK
               as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2005-AA8
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for The Bank
               Of New York Mellon f/k/a The Bank Of New York As Trustee For First Horizon Alternative Mortgage
               Securities Trust 2005-AA8 NJ_ECF_Notices@McCalla.com,   NJ_ECF_Notices@McCalla.com
              Kevin M. Buttery    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK
               as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2005-AA8 bkyefile@rasflaw.com
              Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for The Bank Of
               New York Mellon f/k/a The Bank Of New York As Trustee For First Horizon Alternative Mortgage
               Securities Trust 2005-AA8 ecfnotices@grosspolowy.com,   jbommelje@grosspolowy.com
              Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage LLC as Servicing Agent for The
               Bank Of New York Mellon f/k/a The Bank Of New York as Trustee for First Horizon Alternative
               Mortgage Securities Trust 2005-AA8 ecfnotices@grosspolowy.com,   jbommelje@grosspolowy.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC, as servicing agent for The
               Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for the holders of the
               certificates First Horizon Mortgage Pass-Through Certificates NJ_ECF_Notices@buckleymadole.com
              Sindi  Mncina    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as
               Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2005-AA8 smncina@rascrane.com
              Stuart D. Gavzy    on behalf of Debtor David J Diabo stuart@gavzylaw.com,
               lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com
                                                                                             TOTAL: 10