**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | David J Diabo<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3669<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–17725–JKS | |

# Order of Discharge   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David J Diabo

8/5/20                                                    **By the court:** John K. Sherwood
                                                               United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
David J Diabo  
    Debtor

Case No. 15-17725-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Aug 05, 2020  
                    Form ID: 3180W     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2020.

```
db              +David J Diabo,    39 Zeek Road,    Morris Plains, NJ 07950-1115
aty             +Christina J. Pross,    Mattleman Weinroth & Miller,    200 Continental Drive,    Ste 215,
                  Newark, DE 19713-4335
cr              +Nationstar Mortgage LLC, as servicer for The Bank,    C/O Buckley Madole, P.C.,
                  99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr              +Nationstar Mortgage LLC, as servicing agent for Th,    C/O Buckley Madole, P.C.,
                  99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
515502269       +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                  Mason, OH 45040-8053
515501625       +First Tennessee Bank, National Association,    s/b/m/t First Horizon Home Loan Corp.,
                  PO Box 1469,    Knoxville, TN 37901-1469
515473683       +Fst Tn Bk Mp,    Po Box 1469,    Knoxville, TN 37901-1469
515473684      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC,     Attn: Bankruptcy,    350 Highland Dr,
                  Lewisville, TX 75067)
517270661       +THE BANK OF NEW YORK MELLON Trustee (See 410),    c/o Nationstar Mortgage LLC,    PO Box 619096,
                  Dallas, Texas 75261-9096
517270658       +THE BNYM TRUST Company N.A. Trustee (See 410),    c/o Nationstar Mortgage LLC,    PO Box 619096,
                  Dallas, Texas 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 06 2020 00:29:40      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 06 2020 00:29:37      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr              +EDI: RMSC.COM Aug 06 2020 03:43:00      Synchrony Bank,    c/o Recovery Mmgt. Sys.,
                  25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
515473677       +EDI: BECKLEE.COM Aug 06 2020 03:43:00      American Express,    Po Box 3001,
                  16 General Warren Blvd,    Malvern, PA 19355-1245
515621163        EDI: BECKLEE.COM Aug 06 2020 03:43:00      American Express Bank, FSB,    c o Becket and Lee LLP,
                  POB 3001,    Malvern, PA 19355-0701
515473678       +EDI: ACCE.COM Aug 06 2020 03:43:00      Asset Acceptance,    Attn: Bankrupcy Dept,    Po Box 2036,
                  Warren, MI 48090-2036
515473681       +EDI: CITICORP.COM Aug 06 2020 03:43:00      Citibank/The Home Depot,
                  Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,    Saint Louis, MO 63179-0040
515473682       +EDI: TSYS2.COM Aug 06 2020 03:43:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
515473680        EDI: JPMORGANCHASE Aug 06 2020 03:43:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850
515519491       +EDI: MID8.COM Aug 06 2020 03:43:00      Midland Credit Management, Inc.,
                  as agent for Asset Acceptance LLC,    PO Box 2036,    Warren, MI 48090-2036
515500236        EDI: RMSC.COM Aug 06 2020 03:43:00      Synchrony Bank,
                  c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
515710059       +E-mail/Text: bncmail@w-legal.com Aug 06 2020 00:29:48      The Bank of New York Mellon,
                  C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515473679      ##+Buckley Madole PC,    99 Wood Avenue South Suite 803,    Iselin, NJ 08830-2713
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-2         User: admin               Page 2 of 2          Date Rcvd: Aug 05, 2020
                             Form ID: 3180W            Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2020 at the address(es) listed below:

```
              Brian C. Nicholas    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
               YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2005-AA8
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK
               as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2005-AA8
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for The Bank
               Of New York Mellon f/k/a The Bank Of New York As Trustee For First Horizon Alternative Mortgage
               Securities Trust 2005-AA8 NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com
              Kevin M. Buttery    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK
               as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2005-AA8 bkyefile@rasflaw.com
              Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage LLC, as servicer for The Bank Of
               New York Mellon f/k/a The Bank Of New York As Trustee For First Horizon Alternative Mortgage
               Securities Trust 2005-AA8 ecfnotices@grosspolowy.com,    lnolan@grosspolowy.com
              Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage LLC as Servicing Agent for The
               Bank Of New York Mellon f/k/a The Bank Of New York as Trustee for First Horizon Alternative
               Mortgage Securities Trust 2005-AA8 ecfnotices@grosspolowy.com,    lnolan@grosspolowy.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC, as servicing agent for The
               Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for the holders of the
               certificates First Horizon Mortgage Pass-Through Certificates NJ_ECF_Notices@mccalla.com,
               mccallaecf@ecf.courtdrive.com
              Sindi  Mncina    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as
               Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2005-AA8 smncina@rascrane.com
              Stuart D. Gavzy    on behalf of Debtor David J Diabo stuart@gavzylaw.com,
               lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com
                                                                                             TOTAL: 10
```